UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RALPH JONES,                  )
                                  )
      Plaintiff,          )
                                    )
      v.                 )         CAUSE NO. 3:17-CV-666-JD-MGG
                                    )
WESTVILLE FACILITY, *et al.*,    )
                                    )
      Defendants.    )

**OPINION AND ORDER**

Ralph Jones, a prisoner without a lawyer, is an inmate at Westville Correctional Facility. He has filed a complaint under 42 U.S.C. § 1983 against correctional officers and medical staff. (ECF 1.) Jones makes many implausible allegations in his complaint. Jones alleges that he was tortured through "virtual reality" at Pendleton Correctional Facility on a daily basis and that the torture has continued after his transfer to Westville Correctional Facility. He also claims that medical staff examined him and found evidence of the "virtual reality" torture, including injuries to his teeth, gums, throat, and body cavities. He seeks money damages and criminal charges.

Pursuant to 28 U.S.C. § 1915A, this court is required to review cases filed by prisoners and must dismiss claims if they are frivolous or malicious or if they fail to state a claim upon which relief may be granted. Claims may be dismissed as factually frivolous if they are "clearly baseless," "fanciful," "fantastic," "delusional," "irrational," or "wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Gladney v. Pendleton Correctional Facility*, 302 F.3d 773, 774 (7th Cir. 2002). Jones' allegations about correctional officers using virtual reality as torture are factually frivolous, warranting dismissal of the complaint.

For these reasons, the court **DISMISSES** this case pursuant to 28 U.S.C. § 1915A because it is frivolous.

SO ORDERED.

ENTERED:  December 6, 2017

/s/ JON E. DEGUILIO
Judge
United States District Court